# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| AMY WRIGHT, | * |
| | * |
| Plaintiff, | * CIVIL ACTION |
| | * FILE NO. 5:21-cv-00176-MTT |
| v. | * |
| | * |
| GEORGIA CVS PHARMACY, | * |
| LLC; CVS HEALTH SOLUTIONS | * |
| LLC; CVS PHARMACY INC.; and | * |
| CVS PHARMACY STORE #4251, | * |
| | * |
| Defendants. | * |

## NOTICE OF SETTLEMENT

COMES NOW, all Parties in the above-referenced matter, and hereby notify the Court that they have reached a settlement of this matter. The parties are in the process of negotiating and finalizing the settlement documents. The parties respectfully request to be excused from the upcoming pre-trial order deadline on Tuesday, September 6, 2022. A dismissal with prejudice will be filed upon finalization of the settlement.

Respectfully submitted this 1st day of September, 2022.

**BENDIN SUMRALL & LADNER, LLC**

*/s/ Carrie A. Moss*
Carrie A. Moss
Georgia Bar No. 806050
1360 Peachtree Street NE
Atlanta, GA 30309
(404) 671-3100 (telephone)
(404) 671-3080 (facsimile)
cmoss@bsllaw.net
*Attorney for Defendants*

**ADAMS, JORDAN & HERRINGTON, P.C.**

/s/ *Hannah E. Heltzel**
Donald J. Jordan
Georgia Bar Number 404465
Hannah E. Heltzel
Georgia Bar Number 173525
115 E. McIntosh Street
Milledgeville, GA  31061
T: 478.449.0137
jjordan@adamsjordan.com
hheltzel@adamsjordan.com
(*with express permission by CAM)
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| AMY WRIGHT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | FILE NO. 5:21-cv-00176-MTT |
| v. | * | |
| | * | |
| GEORGIA CVS PHARMACY, LLC; CVS HEALTH SOLUTIONS LLC; CVS PHARMACY INC.; and CVS PHARMACY STORE #4251, | * * * * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** upon all parties to this matter by electronically filing a copy of same with the Clerk of Court using the NextGen filing system which will automatically send notice to the attorney(s) of record, properly addressed to the following attorneys of record:

Donald J. Jordan, Esq.
Hannah E. Heltzel, Esq.
**ADAMS, JORDAN & HERRINGTON, P.C.**
jjordan@adamsjordan.com
hheltzel@adamsjordan.com
*Counsel for Plaintiff*

This 1st day of September, 2022.

/s/ Carrie A. Moss
**CARRIE A. MOSS**
Georgia Bar Number 806050
*Counsel for Defendants*