IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY WRIGHT<br><br>    Plaintiff,<br><br>v.<br><br>GEORGIA CVS PHARMACY LLC;<br>CVS HEALTH SOLUTIONS LLC;<br>CVS PHARMACY INC.; and CVS<br>PHARMACY STORE #4251<br><br>    Defendants. | Case No. 5:21-CV-00176-MTT |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Amy Wright, and the Defendants in the above styled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and file this Stipulation of Voluntary Dismissal with Prejudice.

Respectfully submitted this 19th day of October, 2022.

Drafted and Consented to by:

/S/ Hannah E. Heltzel
Hannah E. Heltzel, Esq.
Georgia Bar No. 173525
Attorney for Plaintiff
Adams, Jordan & Herrington PC
915 Hill Park, Suite 101
P.O. Box 928
Macon, Georgia 31202
P: 478-743-2159
F: 478-743-4938
hheltzel@adamsjordan.com

Consented to by:

/S/Carrie A. Moss
Carrie A. Moss, Esq.
Georgia Bar No. 806050
Attorney for Defendants
Bendin Sumrall & Ladner LLC
1360 Peachtree Street NE
Atlanta, GA 30309
P: (404) 671-3100
F: (404) 671-3080
cmoss@bsllaw.net

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **AMY WRIGHT**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GEORGIA CVS PHARMACY LLC;<br>CVS HEALTH SOLUTIONS LLC;<br>CVS PHARMACY INC.; and CVS<br>PHARMACY STORE #4251**<br><br>    **Defendants.** | **Case No. 5:21-CV-00176-MTT** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the above and foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** upon all counsel listed below via email and by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon.

Carrie A. Moss, Esq.<br>
Bendin Sumrall & Ladner, LLC<br>
cmoss@bsllaw.net

This 19th day of October, 2022.

ADAMS, JORDAN & HERRINGTON, P.C.<br><br>
/S/ Hannah E. Heltzel<br>
Hannah E. Heltzel, Esq.<br>
Georgia Bar No. 173525<br>
Attorney for Plaintiff

915 Hill Park, Suite 101
P.O. Box 928
Macon, Georgia 31202
P: 478-743-2159
F: 478-743-4938
hheltzel@adamsjordan.com